994 A.2d 525

AMIN YOUSEF AND KHWALA YOUSEF, PLAINTIFFS–RESPON-
DENTS, v. GENERAL DYNAMICS CORP., ET AL., DEFEN-
DANTS, AND GENERAL DYNAMICS–ORDINANCE AND
TACTICAL SYSTEMS, INC. AND DAVID EDMONDS, DEFEN-
DANTS–MOVANTS.

CRANE D. ROBINSON, ET AL., PLAINTIFFS, v. GENERAL
DYNAMICS CORP., DEFENDANT, AND GENERAL
DYNAMICS, ETC., ET AL., DEFENDANTS.

May 7, 2010.

Motion for leave to appeal is granted.

994 A.2d 525

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. BRIAN CARTER, DEFENDANT–APPELLANT.

May 18, 2010.

This matter having been opened to the Court on defendant's
motion for leave to appeal seeking review of an order denying his
motion for assignment of counsel on appeal, and the Court having
granted the motion for leave to appeal, and the Monmouth County
Prosecutor having notified the Court that the Prosecutor agrees
that defendant is entitled to the relief requested in his interlocu-
tory appeal, it is hereby

ORDERED that the order of the Superior Court, Appellate
Division, dated January 12, 2010, is summarily reversed, and the
matter is remanded to the Appellate Division for entry of an order
assigning counsel to represent defendant on the appeal.